UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | x : : : : : : : : : : : : x | 17 Civ. 00076 (VSB) |
| Plaintiff, | | |
| - v. - | | **STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL** |
| SILVERSTEIN PROPERTIES, INC., RIVER PLACE I, LLC, RIVER PLACE II HOLDINGS, LLC, and COSTAS KONDYLIS AND PARTNERS, LLP, | | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WHEREAS, on January 5, 2017, the United States of America (the "United States") brought this action (the "Action") to enforce the accessibile design and construction provisions of the Fair Housing Act (the "FHA"), codified at 42 U.S.C. § 3604(f)(3);

WHEREAS, the United States and Costas Kondylis and Partners, LLP ("Costas Kondylis") have reached a stipulation on certain terms that resolve this matter in its entirety, as set forth in Exhibit A attached hereto (the "Settlement Stipulation");

IT IS HEREBY STIPULATED AND AGREED, by and between the United States and Costas Kondylis, as follows:

1. This Action is stayed for a period of 30 days to permit Costas Kondylis to implement the requirements of paragraphs 4 and 9 of the Settlement Stipulation.

2. No later than 45 days from the entry of this Stipulation and Order, the United States and Costas Kondylis shall submit a joint status letter to the Court to indicate whether the requirements of paragraphs 4 and 9 of the Settlement Stipulation have been implemented. In the event that the joint status letter submitted by the United States and Costas Kondylis indicates that the requirements have been implemented, this Action shall be dismissed without prejudice to reinstatement upon the application of

any party in the event of a breach of the provisions of the Settlement Stipulation, provided that such application is made within one year following the entry of this Stipulation and Order.

3. In the event that no party has applied for reinstatement pursuant to Paragraph 2 above and that the parties have not agreed to extend the term of the Settlement Stipulation, this action shall be dismissed with prejudice and not subject to reinstatement after one year following the entry of this Stipulation and Order.

4. Each party to the action shall bear its own costs and attorney's fees.

GEOFFREY S. BERMAN
United States Attorney

By: _____
LI YU
NATASHA WAGLOW TELEANU
JACOB LILLYWHITE
STEVEN KOCHEVAR
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. Nos. (212) 637-2734/2528/2639/2715
Fax Nos. (212) 637-2786
Li.Yu@usdoj.gov
Natasha.Teleanu@usdoj.gov
Jacob.Lillywhite@usdoj.gov
Steven.Kochevar@usdoj.gov
*Counsel for the United States*

MILBER MAKRIS PLOUSADIS &
SEIDEN, LLP

By: _____
CHRISTOPHER A. ALBANESE
JEFFREY J. FOX
709 Westchester Avenue, Suite 300
White Plains, New York 10604
Tel. No. (914) 681-8700
Fax No. (914) 681-8709
calbanese@milbermakris.com
jfox@milbermakris.com
*Counsel for Costas Kondylis and Partners, LLP*

The initial pretrial conference scheduled for October 25, 2019 is adjourned sine die.

SO ORDERED

_____
Vernon S. Broderick
United States District Judge

DATED: August 26, 2019
New York, New York