

**U.S. Department of Justice**

*United States Attorney*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  10/15/2019

This action is hereby DISMISSED WITHOUT PREJUDICE and the Clerk of Court is respectfully directed to close the case.

**BY ECF**

Hon. Vernon S. Broderick
United States District Court
40 Foley Square
New York, New York 10007

    Re:   *United States v. Silverstein Properties Inc. et al.*, 17 Civ. 00076 (VSB)

Dear Judge Broderick:

    We represent the United States (the "Government"), the plaintiff in the above-referenced Fair Housing Act ("FHA") case. We write respectfully—on behalf of both the Government and defendant Costas Kondylis and Partners, LLP ("Costas Kondylis")—to request dismissal without prejudice of the above-referenced action.

    Paragraph 2 of the Stipulation and Order of Settlement and Dismissal, which was entered into by the Government and Costas Kondylis on August 20, 2019, *see* Dkt. No. 50, and so-ordered by the Court on August 26, 2019, *see* Dkt. No. 51, provides as follows:

> No later than 45 days from the entry of this Stipulation and Order, the United States and Costas Kondylis shall submit a joint status letter to the Court to indicate whether the requirements of paragraphs 4 and 9 of the Settlement Stipulation have been implemented. In the event that the joint status letter submitted by the United States and Costas Kondylis indicates that the requirements have been implemented, this Action shall be dismissed without prejudice to reinstatement upon the application of any party in the event of a breach of the provisions of the Settlement Stipulation, provided that such application is made within one year following the entry of this Stipulation and Order.

    Costas Kondylis submits, and the Government concurs, that the requirements of paragraphs 4 and 9 have been implemented. Under the terms of the Stipulation and Order, the parties respectfully request that the Court dismiss this Action without prejudice.

    We thank the Court for its consideration of this letter and the request herein.

              Respectfully submitted,

              GEOFFREY S. BERMAN
              United States Attorney
              Southern District of New York

      By:   */s/ Natasha W. Teleanu*
              LI YU
              JACOB LILLYWHITE
              NATASHA W. TELEANU
              Assistant United States Attorneys
              Tel.: (212) 637-2734/2639/2528
              Fax: (212) 637-2686

cc:  (<u>by ECF</u>)
    Jeffrey J. Fox, Esq.
    Christopher A. Albanese, Esq.
    *Counsel for Costas Kondylis and Partners, LLP*